**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  07MJ2740 |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| LUIS VEA ALGANDAR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  November 29, 2007                    _/s/_  _Leila W. Morgan_____
                                                         **LEILA W. MORGAN**
                                                         Federal Defenders of San Diego, Inc.
                                                         Leila_Morgan@fd.org
                                                         Attorneys for Defendant

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

and

**Gerald T McFadden**
Law Office of Gerald T McFadden
2366 Front Street
San Diego, CA 92101
(619)338-0507
Fax: (619)239-5872
Email: gtmcfadden@hotmail.com


DATED:  November 29, 2007                    */s/ Leila W. Morgan*
                                             **LEILA W. MORGAN**
                                             Federal Defenders of San Diego, Inc.
                                             Leila_Morgan@fd.org